■ PAUL CHESSIN, Appellant, et al., Plaintiff, v SONDRA GREER REAL ESTATE, INC., et al., Respondents. — Appeal from order, Supreme Court, New York County (Hansel McGee, J.), entered on October 17, 1983, withdrawn per stipulation of the parties dated May 10, 1984, with prejudice and without costs to any party. No opinion. Concur — Sandler, J. P., Asch, Silverman, Bloom and Kassal, JJ.

■ TRANS URBAN CONSTRUCTION COMPANY, INCORPORATED, AND LASKER-GOLDMAN CORPORATION, a Joint Venture, Respondent-Appellant, v STATE OF NEW YORK, Appellant-Respondent. (Claim No. 62646.) — Order, Court of Claims of the State of New York, entered on August 19, 1983, unanimously affirmed, without costs and without disbursements. The court deems it unnecessary to reach the issue of *res judicata.* No opinion. Concur — Kupferman, J. P., Sandler, Sullivan, Silverman and Fein, JJ.